Dora Geiger et al., Appellants, v. Stella Stillman et al., Doing Business under the Name of 242 West 76th St. Realty Company, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

Angelo Ferruggia, an Infant, by Charles Ferruggia, His Guardian ad Litem, et al., Appellants, v. Dot Mort Holding Co., Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between Erwin Wagner, as President of Fur Merchants Employees Union, Local No. 64, International Fur & Leather Workers Union, C.I.O., Respondent, and Morris Kopit, Doing Business as M. Kopit Company, Appellant.— Order unanimously modified in the exercise of discretion by striking out the allowance for costs and disbursements and as so modified affirmed, with $20 costs and disbursements of this appeal to the respondent. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

Rachel Levine, Respondent, v. Louis Levine, Appellant.— It being doubtful that the papers upon which the orders of sequestration and publication were granted are sufficient and the defendant having been personally served and having appeared generally, the order appealed from is reversed, without costs, and the motion granted without prejudice to such proceedings as the plaintiff may take upon due notice to protect her rights. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Cohn and Van Voorhis, JJ., dissent and vote to affirm on the ground that there were sufficient facts set forth in the papers to justify the issuance of the order of sequestration and the order for the service of the summons by publication. Any relief to which the defendant may now be entitled may be obtained by way of a motion addressed to the discretion of the court. Settle order on notice. [See 274 App. Div. 782.]

Robert B. Schnapp, Appellant, v. Ida C. Lipson et al., Respondents, et al., Defendants.— Judgments and orders unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 274 App. Div. 821.]

In the Matter of Julius Goldberg, Respondent, against Ferdinand Q. Morton et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 274 App. Div. 822.]

P. Grassi Contracting Co., Inc., Appellant, v. Sol Atlas, Defendant, and Welwyn Road Realty, Inc., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

Louis F. Reed, Jr., Appellant, v. Marie H. Robertson, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

Harry Bard et al., Respondents, v. Milmar Appliance Parts & Service Corp., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer the complaint herein within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.